# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | CASE NO. 1:10-CV-02139-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION |
| v. | |
| MAURICE JUNIOUS, et al., | (DOCS. 18, 27, 28, 35, 36, 37) |
| Defendants. | |

Plaintiff Krzysztof F. Wolinski ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2011, Plaintiff filed a motion for preliminary injunction. Doc. 18. On July 25, 2011, Plaintiff filed two motions, construed as motions for preliminary injunction. Docs. 27, 28. On November 4, 2011, Plaintiff filed a motion requesting an order directing the warden to provide access to the law library, and supplies, construed as a motion for preliminary injunction. Doc. 35. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 36. On November 30, 2011, the Magistrate Judge filed a Findings and Recommendations concerning motions filed on May 24, 2011 and July 25, 2011. Doc. 37. Plaintiff did not file a timely Objection to either of the Findings and Recommendations.

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 7, 2011, is adopted in full; and
2. Plaintiff's motions, filed May 24, 2011, July 25, 2011, and November 4, 2011, and construed as motions for preliminary injunction, are denied.

IT IS SO ORDERED.

Dated: February 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE