IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | 1:10-cv-02139 AWI DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| v. | (ECF No. 53) |
| MAURICE JUNIOUS, et al., | DEADLINE: SEPTEMBER 5, 2012 |
| Defendants. | |

     Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2012, Defendants filed a motion to extend time to respond to Plaintiff's second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Defendants have to and including September 5, 2012 to file and serve their responsive pleading.

     IT IS SO ORDERED.

Dated: **August 13, 2012**         /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE