# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI, | CASE NO. 1:10-cv-2139-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION |
| v. | |
| S. BOARDMAN, et al., | ECF Nos. 59, 60 |
| Defendants. | |

      Plaintiff Krzysztof Wolinski ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants S. Boardman and T. Swaim for excessive force in violation of the Eighth Amendment, and against Defendant W. A. Rivera for violation of the Due Process Clause of the Fourteenth Amendment. On September 24, 2012, Plaintiff filed a motion for a court order directing the Warden of High Desert State Prison to provide Plaintiff with access to the law library and his legal papers. ECF No. 59. The Court construes the motion as one for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 15, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 60. No party filed a timely Objection to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 15, 2012, is adopted in full; and

2. Plaintiff's motion for court order, filed September 24, 2012, is denied.

IT IS SO ORDERED.

Dated:     December 14, 2012

UNITED STATES DISTRICT JUDGE