# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>S. BOARDMAN, et al.,<br><br>Defendants. | Case No. 1:10-cv-02139-AWI-DLB PC<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>(ECF No. 68) |

Plaintiff Krzysztof F. Wolinski ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants S. Boardman and T. Swaim for excessive force in violation of the Eighth Amendment, and against Defendant W. A. Rivera for violation of the Due Process Clause of the Fourteenth Amendment. On March 6, 2013, Plaintiff filed a motion requesting voluntary dismissal of this action. ECF No. 68.

The plaintiff may dismiss an action without a court order when the notice is submitted before the opposing party has served an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or summary judgment motion.

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is directed to close this action pursuant to Plaintiff's notice of dismissal.

IT IS SO ORDERED.

Dated:   **March 7, 2013**                   /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE

1